AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED & Issued
US
2015 OCT 20 P 2:55
CLERK US DISTRICT COURT
ALEXANDRIA VA

| | | |
|---|---|---|
| PESCHKE MAP TECHNOLOGIES LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:15-CV-1366 |
| PENNSYLVANIA REAL ESTATE INVESTMENT TRUST | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Pennsylvania Real Estate Investment Trust
The Bellevue
200 S. Broad St. 3rd Fl.
Philadelphia, PA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Hao Ni
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
(972) 331-4600

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*