# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Virginia

NOV - 9 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case Number: 15-CV-1366

Plaintiff:
**Peschke**
vs.
Defendant:
**P.R.E.I.T.**

For:
Hao Ni, Esquire
Ni Law Firm, PLLC
3102 Maple Ave.
Suite 400
Dallas, TX 75201

Received by TALONE & ASSOCIATES to be served on **Pennsylvania Real Estate Investment Trust, 200 South Broad, 3rd Floor, Philadelphia, PA 19102.**

I, Dante Bruno-Lopez, being duly sworn, depose and say that on the **29th day of October, 2015 at 2:25 pm, I:**

served a **BUSINESS** by delivering a true copy of the **Summons & Complaint** to: **Tiffany Myers as Authorized Agent for Pennsylvania Real Estate Investment Trust** at the address of: **200 South Broad, 3rd Floor, Philadelphia, PA 19102**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative in accepting service, signed for documents, PH# 215-875-0700.

**Description of Person Served:** Age: 35, Sex: F, Race/Skin Color: Black, Height: 5-5, Weight: 130, Hair: Black, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 30th day of OCT, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HORN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 25, [illegible]

Dante Bruno-Lopez
Process Server

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: TLL-2015002482

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n